

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00468-CR

**IN RE** Bobby **BORDELON**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Beth Watkins, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: October 9, 2024

DENIED

      Relator, Bobby Bordelon, has filed a petition for writ of mandamus. After considering the petition and the record, the court concludes Bordelon is not entitled to the relief sought. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Do Not Publish

---

[1]This proceeding is related to Cause No. 14-0467-CR-C, styled *The State of Texas v. Bobby Bordelon*, in the 274th Judicial District Court, Guadalupe County, Texas.